In the Interest of C.L.E., G.E.M., L.N.M., R.M.M., S.L.M., Plaintiffs; Juvenile Officer, Plaintiff;

**Missouri Division of Family Services, Respondent,**

v.

**N.L.E., Appellant,**

**W.W.E. and R.M.M. SR., Defendants.**

**No. WD 60050.**

Missouri Court of Appeals, Western District.

Jan. 8, 2002.

Christopher C. Fink, Cameron, MO, for Appellant.

Kimberly S. Brown, Kingston, MO, for Plaintiff/GAL.

David Gann, Chillicothe, MO, for Juvenile Officer.

Catherine A. Dempsey, St. Joseph, MO, for Respondent.

Before VICTOR C. HOWARD, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

N.L.E. appeals the trial court's judgment, which terminated her parental rights in four of her children, C.L.E., G.E.M., L.N.M., and R.M.M.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).